IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLENN ROY CASSIS,

   Plaintiff,

v.                   4:06cv281-WS

JAMES V. CROSBY,
BARBARA A. DEBELIUS,

   Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

  Before the court is the magistrate judge's report and recommendation (doc. 4) docketed June 15, 2006. The magistrate judge recommends that the plaintiff's complaint be dismissed for failure to state a claim. The plaintiff has filed no objections to the report and recommendation.

  The court having reviewed the record, it is ORDERED:

  1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

  2. The plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted.

3.  The clerk shall enter judgment accordingly and shall note on the docket that this cause has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this  3rd   day of   August  , 2006.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE